IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KB HOME, a Delaware corporation,

        Plaintiff,

v.                           CASE NO. 8:13-cv-02644-JDW-EAJ

ANDREW SMITH; DANIEL KOEHLER;
PATRICK MCGETTIGAN; WILLIAM
CRISMON; and, ARMANDO OYOLA-
DELGADO,

        Defendants.

_____/

### DEFENDANT WILLIAM CRISMON'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Defendant, WILLIAM CRISMON, moves pursuant to Federal Rule of Civil Procedure 6(b) for an enlargement of time to respond to the Amended Complaint, so that his response will be due 10 days from the deadline for the original response or on or before December 6, 2013.

### *MEMORANDUM OF LAW*

1.      Since Mr. Crismon was served with the Complaint and Amended Complaint, the undersigned counsel and counsel for Plaintiff have been diligently seeking a solution to the parties' disputes that do not involve further litigation.

2.      These negotiations have been fruitful.  However, due to calendaring issues between the parties and their counsel, Plaintiff and Mr. Crismon have been unable to coordinate a time to meet to finalize what they ultimately believe will be their settlement terms.

1

3.      Counsel for all parties believe that such a meeting will be calendared during the next two weeks and such counsel have been working diligently to set such meeting.

4.      Counsel for Mr. Crismon consulted with Lannie Hough, Esq., counsel for KB Home, regarding this motion and Mr. Hough indicated this his client would have no objection to the requested extension sought herein.

5.      Granting this motion will serve the ends of justice and judicial economy by allowing for adequate time for the parties to come to mutually acceptable settlement terms and remove their dispute from before this Court without further litigiousness.

6.      Requests for extension of time may be granted upon a showing of good cause by the movant.  Fed.R.Civ.P. 6(b).   Mr. Crismon respectfully suggests that such showing has been made herein.

WHEREFORE, Defendant, WILLIAM CRISMON, respectfully requests this Court grant this motion to enlarge time in which he may respond to Plaintiff's Amended Complaint an set such response deadline for December 6, 2013.

### *CERTIFICATION OF CONFERENCE WITH OPPOSING COUNSEL*

Counsel for Mr. Crismon, the moving defendant, has consulted with counsel for Plaintiff, KB Home, who has authorized the undersigned to represent that counsel for Plaintiff agrees to this motion being granted.

Respectfully submitted,

TILDEN, PROHIDNEY & DIPASQUALE, PL

By:  /s/ Jesse M. Tilden
      Jesse M. Tilden
      FBN:  0550566
      431 12th Street West, Ste. 204
      Bradenton, Florida 34205
      Telephone: (941) 243-3959
      Facsimile: (800) 856-5332
      Service E-mail: service@tpdlegal.com
      Secondary E-mail: jesse@tpdlegal.com
      Attorneys for Defendant Crismon

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 26, 2013, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system:

Thomas A. Dye, Esq.
Carlton Fields, P.A.
CityPlace Tower
525 Okeechobee Blvd., Suite 1200
West Palm Beach, FL 33401-6350
Telephone: (561) 659-7070
Facsimile: (561) 659-7368
tadye@carltonfields.com
cramsay@carltonfields.com
wpbecf@cfdom.net

Christine L. Allamanno
Gulfcoast Legal Services, Inc.
641 First St. S.
St. Petersburg, FL 33701-5003
Telephone: (727) 821-0726
Facsimile: (727) 821-3340
christinea@golfcoastlegal.org

Thomas R. Julin
Hunton & Williams, LLP
Suite 2500
1111Brickell Avenue
Miami, FL 33131

Telephone: (305) 810-2500
Facsimile: (305) 810-1601
tjulin@hunton.com